# Order

Michigan Supreme Court
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162218(3)

STACY ERWIN OAKES,
           Plaintiff,

v                                                           SC:  162218

30TH JUDICIAL CIRCUIT COURT and
INGHAM COUNTY CLERK,
           Defendants.
_____/

On order of the Chief Justice, the motion of plaintiff to waive the filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020

                                                              Clerk